ADAMS, J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| JASON WESTERFIELD ) | CASE NO. 1:10CV01589 | |
|    Petitioner, ) |         1:05CR537-02 | |
| ) | | |
| v. ) | JUDGE JOHN R. ADAM | |
| ) | | |
| UNITED STATES OF AMERICA ) | ORDER | |
|    Respondent. ) | | |

This action is before the Court upon Westerfield's motion to vacate his coviction and sentence pursuant to 28 U.S.C. 2255 filed in Case No.1:05CR0537-02 and the related civil case.

The Court has reviewed the motion as well as the Government's Response (Doc. 981 in Case No. 1:05CR0537), in which the Government acknowledges that Detective Charles Metcalf, a material witness in the prosecution of Westfield, lied during his testimony. The Government concedes that:

> The government has examined the state of the evidence for purposes of a retrial in this case and believes that it cannot prevail under the proof beyond a reasonable doubt standard. In considering all of the available evidence and witnesses, and because the government respectfully declines to call a convicted perjurer to the stand to testify at a retrial, the government asks this Court to dismiss this case, No. 1:05CR537.

The Court agrees. Therefore, the conviction and sentence of defendant JASON WESTERFIELD in Case No. 1:05CR0537 is VACATED.

Case No. 1:10CV01589 is CLOSED.

In addition, as quoted above, the Government seeks dismissal of the charges against Westerfield in 1:05CR537. For good cause shown and in the interest of justice, the government's request for leave to dismiss is GRANTED as

to defendant JASON WESTERFIELD.  All charges pending in Case No. 1:05CR0537 against this defendant only are DISMISSED.

    IT IS SO ORDERED.

| | |
|---|---|
|  January 4, 2011 |   */s/ John R. Adams* |
| Date | John R. Adams |
| | U.S. District Judge |